STATE OF NORTH CAROLINA v. CEPHUS GREGGS, JR., AND DON L. PITT

No. 752SC241

(Filed 4 June 1975)

APPEAL by defendants from *Lanier, Judge.* Judgments entered 16 January 1975 in Superior Court, WASHINGTON County. Heard in the Court of Appeals 28 May 1975.

*Attorney General Edmisten, by Associate Attorney Noel Lee Allen, for the State.*

*Hutchins, Romanet, Hutchins & Thompson, by Robert Wendel Hutchins, for the defendants.*

BROCK, Chief Judge, PARKER and HEDRICK, Judges.

No error.